UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-345-RSM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO |
| GREGORY PRESTON HOVATER, | ) ) | ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | ) ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 11, 2010. The United States was represented by AUSA Jeff Backhus and the defendant by Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about January 31, 2003 by the Honorable Barbara Jacobs Rothstein on a charge of Unarmed Bank Robbery, and sentenced to 87 months custody, 3 years supervised release. (Dkt. 25-27.)

The conditions of supervised release included the standard conditions plus the requirements that defendant cooperate in the collection of DNA, be prohibited from possessing a firearm or destructive device, submit to mandatory drug testing, participate in a substance abuse

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

program, abstain from alcohol, submit to search, pay restitution in the amount of $24,903.95, and provide his probation officer with access to financial information upon request.

On June 2, 2009, defendant's probation officer reported that defendant had tested positive for methamphetamine. He was reprimanded and referred for professional assessment. No further action was taken at the time. (Dkt. 30.)

In an application dated January 19, 2010 (Dkt. 31, 32 ), U.S. Probation Officer Thomas J. Fitzgerald alleged the following violations of the conditions of supervised release:

1. Consuming cocaine on or before November 17, 2009, in violation of standard condition number seven.

2. Failing to report for urinalysis testing as directed on December 22, 2009 and January 4, 2010, in violation of special condition number four.

3. Failing to report to the probation officer as directed on December 23, 2009, in violation of standard condition number two.

4. Failing to notify the probation officer of change in employment on or before December 23, 2009, in violation of standard condition number six.

5. Failing to notify the probation officer of change in residence on or before January 19, 2010, in violation of standard condition number six.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next

hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this 11th day of February, 2010.

                                               Mary Alice Theiler
                                               United States Magistrate Judge

cc:    District Judge:        Honorable Ricardo S. Martinez
       AUSA:                Jeff Backhus
       Defendant's attorney:  Paula Deutsch
       Probation officer:     William J. Fitzgerald

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3